**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-6454**

———————

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

      v.

COURTNEY FLOYD GREGORY, a/k/a Bobby Lee Graves, a/k/a
Deangelo D. Marsh, a/k/a Marcello N. Williams,

                Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Raymond A. Jackson,
District Judge. (4:96-cr-00022-RAJ-I)

———————

Submitted:  June 12, 2012          Decided:  June 19, 2012

———————

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Courtney Floyd Gregory, Appellant Pro Se.  Michael R. Smythers,
Assistant United States Attorney, Norfolk, Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Courtney Floyd Gregory appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Gregory, No. 4:96-cr-00022-RAJ-I (E.D. Va. Feb. 10, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED